## 33587. HAGAN v. WALKER.

PER CURIAM.

It is clear from the issues raised in this appeal that a transcript is necessary for decision. Since none has been filed, we must assume the trial court ruled correctly. E.g., *Anderson v. Anderson,* 235 Ga. 115 (218 SE2d 846) (1975); *Davis v. Davis,* 232 Ga. 851 (209 SE2d 187) (1974).

*Judgment affirmed. All the Justices concur, except Bowles, J., disqualified.*

SUBMITTED JUNE 12, 1978 — DECIDED JUNE 27, 1978.

*Neilon & O'Connell, Robert P. Neilon,* for appellant.
*Bowen & Ferguson, Charles M. Ferguson, A. Delbert Bowen,* for appellee.